DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                    ) Chapter 13
                                          )
IRENEO B ASIGNACION                       ) Case No. 04-57322 CN
                                          )
MARIA TERESA ASIGNACION                   ) **NOTICE OF UNCLAIMED DIVIDEND**
                                          )
                    Debtors               )
                                          )

The final dividend to Creditor, CINGULAR WIRELESS in the above entitled matter was returned marked: RETN TO SENDER-ATTEMPTED NOT KNOWN

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $80.51 as an unclaimed dividend.

    Claim # 43    CINGULAR WIRELESS
                      BANKO
                      P O BOX 309
                      PORTLAND, OR 97207-0309

Dated: January 07, 2011

                                            DEVIN DERHAM-BURK, TRUSTEE

ORIGINAL FILED
JAN 1 2 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Case: 04-57322   Doc# 40   Filed: 01/12/11   Entered: 01/20/11 12:55:06   Page 1 of 2
04-57322 CN - Notice of Unclaimed Dividend

CHAPTER 13 TRUSTEE
P.O. BOX 50013
SAN JOSE, CA 95150-0013

RECEIVED
JUL 2 3 2010
DEVIN DERHAM-BURK
TRUSTEE CHAPTER 13

CINGULAR WIRELESS
THE BANK
P.O. BOX 309
PORTLAND, OR 97207-0309

NIXIE     970    DE 1          00  07/20/10
          RETURN TO SENDER
          ATTEMPTED - NOT KNOWN
          UNABLE TO FORWARD
BC: 95150001313      *2756-00580-14-40