DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| IRENEO B ASIGNACION | Case No. 04-57322 CN |
| MARIA TERESA ASIGNACION | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtors | |

The final dividend to Creditor, CINGULAR WIRELESS in the above entitled matter was returned marked: RETN TO SENDER-ATTEMPTED NOT KNOWN

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $35.71 as an unclaimed dividend.

Claim # 44  CINGULAR WIRELESS
BANKO
P O BOX 309
PORTLAND, OR 97207-0309

Dated: January 07, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE

FILED JAN 1 2 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

CHAPTER 13 TRUSTEE
P.O. BOX 50013
SAN JOSE, CA 95150-0013

RECEIVED
JUL 2 3 2010
DEVIN DERHAM-BURK
TRUSTEE CHAPTER 13

Returned envelope:

CINGULAR WIRELESS
BANKO
P.O. BOX 309
PORTLAND OR 97207-0309

NIXIE 970 DE 1 00 07/20/10
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 95150001313 *2755-00580-14-40